IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MSCO DISTRIBUTION AND IMPROVEMENT, INCORPORATED,          )<br>                                                                                     )<br>               Plaintiff,                                                     )<br>                                                                                     )<br>        v.                                                                       )<br>                                                                                     )<br>TY-LAN ENTERPRISES, INC. and                              )<br>SURE DRIVE USA, INC.,                                              )<br>                                                                                     )<br>               Defendants.                                               ) | Civil Action No. 07-0398<br><br>Judge Lancaster/ Magistrate Judge Mitchell |

### NOTICE OF VOLUNTARY DISMISSAL
### OF COUNTS IV AND V OF PLAINTIFF'S COMPLAINT

Plaintiff, MSCO Distribution and Improvement, Inc., and Defendant, Pan American Screw, Inc., d/b/a Sure Drive USA,I nc., by and through their undersigned attorneys, hereby stipulate to the dismissal with prejudice of the Plaintiff's claims for violation of 73 P.S. § 201-2(4)(xxi) set forth in Count IV, paragraphs 29-32 of its Complaint, and the Plaintiff's claims for violations of 15 USC § 1 set forth in Count V,p aragraphs 33-35 of its Complaint. As a result, the Motion to Dismiss of Defendant, Pan American Screw, Inc., is now moot and should be dismissed.

The parties further stipulate and agree that Defendant, Pan American Screw Company, Inc., d/b/a Sure Drive USA, Inc., has thirty (30) days from the date that this Notice was electronically filed with the Court to file an Answer to the remaining averments of the Plaintiff's Complaint.

Consent of Defendant, Ty-Lan Enterprises, Inc., is not necessary as itw as previously dismissed as a party to this lawsuit.

Respectfully submitted,

| PAYNE, WELSH & KLINGENSMITH, LLC | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C. |
|---|---|
| By: /s/ Anthony S. Posa<br>Anthony S. Posa, Esquire<br>PA ID # 89777 | By: /s/ Edward A. Miller<br>Edward A.M iller, Esquire<br>PA ID # 58954 |
| 105 Penn Plaza<br>Turtle Creek, PA  15145<br>(412) 823-8100<br>aposa@pwklawyers.com | U.S. Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA  15219<br>(412) 803-1140<br>eamiller@mdwcg.com |
| Counsel for Plaintiff, MSCO Distribution and Improvement, Incorporated | Counsel for Defendant,P an American Screw, Inc., d/b/a Sure Drive USA, Inc. |

\12_A\LIAB\EAMILLER\LLPG\459644\ASMECKLING\15557\00101

SO ORDERED, this 16th day of May, 2007.

*(signature)*

Gary L. Lancaster, U.S. District Judge

2