IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MSCO DISTRIBUTION AND IMPROVEMENT, INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> TY-LAN ENTERPRISES, INC. and SURE DRIVE USA, INC., <br><br> Defendants. | Civil Action No. 07-0398 <br><br> Judge Lancaster/ Magistrate Judge Mitchell |

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, MSCO Distribution and Improvement, Incorporated, and Defendant, Pan American Screw, Inc., d/b/a Sure Drive USA, h ereby stipulate pursuant to Fed.R.Civ.P.41 (a)(ii) to the dismissal of all claims thata re the subjecto f this lawsuit with prejudice.[1] The parties agree and stipulate that they will bear their own respective costs.

Respectfully submitted,

PAYNE, WELSH & KLINGENSMITH, LLC

By: /s/ Anthony S. Posa
    Anthony S. Posa, Esquire
    PA ID # 89777

105 Penn Plaza
Turtle Creek, PA 15145
(412) 823-8100
aposa@pwklawyers.com

Counsel for Plaintiff, MSCO Distribution and Improvement, Incorporated

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C.

By: /s/ Edward A. Miller
    Edward A.M iller, Esquire
    PA ID # 58954

U.S. Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219
(412) 803-1140
eamiller@mdwcg.com

Counsel for Defendant,P an American Screw, Inc., d/b/a Sure Drive USA

---

[1] Defendant, Ty-Lan Enterprises, Inc., was previously dismissed by stipulation filed May 2, 2007, (Document No. 8). Accordingly, Ty-Lan's consent to this stipulated dismissali s not necessary; a nd all remaining parties have stipulated to the dismissal as required by Rule 41(a)(ii).

SO ORDERED, this 9th day of October, 2007.

Gary L. Lancaster, U.S. District Judge